ANTOINE GORUM,
HIGH DESERT STATE PRISON,
P.O. BOX 650
INDIAN SPRINGS, NEVADA
89070
N.D.O.C # 65415

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

```
_____ FILED        _____ RECEIVED
_____ ENTERED      _____ SERVED ON
                   COUNSEL/PARTIES OF RECORD

        MAR 0 4 2022

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY: _____  DEPUTY
```

ANTOINE GORUM
        Plaintiff

2:22-cv-00410-GMN-VCF

VS.

DESERT MOON HOSPITALITY

DESERT MOON MOTEL

ANTHONY (MANAGER)

MARK (MAINTENANCE MAN)

ADDRESS
DESERT MOON MOTEL
1701 FREMONT ST
LAS VEGAS, NEVADA
89101

JURY TRAIl DEMANDED
Civil TORT CLAIM
PERSONAl injuries

28 U.S.C 1331

NATURE OF CLAIM

Plaintiff WHO HAD RENTED A ROOM AT THE DESERT MOON
WAS MADE TO SIGN A CONTRACT CONCERNING THE POLICY'S AND
THE RULES WHIlE AT THE DESERT MOON MOTEl PLAINTIFF WAS AlSO
TOld BY THE MANAGER WHO'S NAME IS ANTHONY AND JASON THE
OWNER THAT THE DESERT MOON MOTEl ~~...~~ DOES NOT RENT ROOM'S
BY THE WEEK ONlY DAY BY DAY THE MANAGER WENT ON
TO EXPlAIN TO PLAINTIFF ABOUT THE RULES AND THE POLICY'S
AT THE DESERT MOON MOTEl AND HOW IT OFFERED A SAFE
AND HEAlTHY ENVIROMENT TO All ITS TENANTS AND THAT VISITING
HOUR'S STOPPED AT 10:00PM AND THAT UNlESS A TENANT WHO
HAS RENTED

PAGE 1. C

A ROOM AT THE DESERT MOON MOTEL HAS FILLED OUT A
VISITOR'S FORM PUTTING THE PEOPLES NAMES WHO THE TENANT
WANTED ON THEIR VISITING LIST TO VISIT THEM NO VISITOR'S
WOULD BE ADMITTED ON THE DESERT MOON MOTEL PROPERTY
AND THAT ALL VISITOR'S ARE STOPPED AND MADE TO COME INTO
THE MANAGER OFFICE TO SHOW THEIR STATE I.D VERIFYING
THEIR NAMES TO SEE IF THE TENANT HAS THEM ON THEIR
VISITING LIST IF A PERSON TRYING TO VISIT A TENANT
DOSE NOT HAVE HIS OR HER STATE I.D THAT PERSON WILL
NOT BE ALLOWED ON THE DESERT MOON MOTEL PROPERTY
AND THAT ALL TENANT TO TENANT VISITING IS OVER BY 10:00
PM (NO EXCEPTION) PLAINTIFF WAS ALSO TOLD BY ~~THE~~
THE MANAGER THAT HE LIVED ON PROPERTY IN THE OFFICE
AND THAT THE DESERT MOON MOTEL WAS OPENED 24 HR/A DAY
AND THAT MAINTENANCE ALSO LIVED ON PROPERTY IN CASE
A TENANT NEEDED EMERGENCY HELP WITH HIS OR HER ROOM
24 HR./A DAY

## BRUTEL ASSAULT

ON OR ABOUT MARCH, 9, 2020 PLAINTIFF MOVED INTO ROOM 26
AT THE DESERT MOON MOTEL BECAUSE PLAINTIFF WAS SUFFERING FROM
A MEDICAL CONDITION CALLED DROP-FOOT THAT ~~PREVENTED~~ PLAINTIFF
FROM BEING ABLE TO WALK ON ONE FOOT PLAINTIFF WAS GIVEN
CRUTCHES TO WALK AND WAS RECEIVING MEDICAL TREATMENT
FROM THE LASVEGAS PAIN INSTITUTE ON SAHARA AND MARYLAND
PWY. ON 3-9-2020 AT NIGHT PLAINTIFF WHO WAS NOT
FEELING TO WELL THOUGHT THAT HE WAS COMING DOWN WITH

CONTINUE ON PAGE 3;C

THE FLU RECEIVED DAYQUIL AND NIGHTQUIL FROM SOME OF
THE TENANTS AT THE DESERT moon motel AND KEPT ON DOSING
OFF TO SLEEP BECAUSE OF THE COLD medication PLAINTIFF WHO
WOKE BACK UP AT NIGHT WANTING TO GO TO THE STORE
TO GET SOMETHING TO EAT PLAINTIFF WHILE ON HIS CRUTCHES
REACHED FOR THE DOOR HANDLE AND TURNED IT AND NOTICE THAT
HIS DOOR LOCK WAS moving SIDE TO SIDE REALLY LOOSE PLAINTIFF
THEN TOOK OUT HIS CELL PHONE AND CALLED THE MANAGER
OFFICE, ANTHONY THE MANAGER ANSWERED THE PHONE,
PLAINTIFF THEN TOLD THE MANAGER THAT HE WAS ABOUT
TO GO TO THE STORE ON HIS CRUTCHES BUT WHEN HE
TURNED HIS DOOR HANDLE HIS WHOLE DOOR LOCK WAS
moving SIDE TO SIDE LIKE IT WAS BROKE THE MANAGER
TOLD PLAINTIFF "GO TO ROOM #6 AND TELL MAINTENANCE HIS
NAME IS MARK AND HAVE HIM COME CHECK YOUR DOOR lock"
PLAINTIFF SAID OK PLAINTIFF OPENED HIS DOOR AND SEEN
2, TENANTS WALKING IN FRONT OF HIS DOOR PLAINTIFF
EXPLAINED TO THEM THAT HIS DOOR lock WAS BROKE AND THEN
POINTED TOWARDS THE MAINTENANCE MAN ROOM AND ASKED
THEM COULD THEY GO GET MAINTENANCE FOR HIM)THE
TENANTS WENT TO THE MAINTENANCE MAN ROOM #6
TELLING HIM THAT PLAINTIFF DOOR LOCK WAS BROKE)MAINTENANCE
CAME TO PLAINTIFF ROOM #26 AND ASKED PLAINTIFF WHATS
GOING ON AND PLAINTIFF TOLD MAINTENANCE THE MANAGER
TOLD ME TO COME GET YOU AND TO TELL YOU THAT I
WAS ABOUT TO GO TO THE STORE BUT my WHOLE DOOR lock
IS REALLY LOOSE LIKE ITS BROKE, MAINTENANCE STARTED MESSING
WITH PLAINTIFF DOORLOCK EXZAMINING IT THEN MAINTENANCE

 CONTINUE ON PAGE 4.C

TOLD PLAINTIFF" SOMEBODY HAS BEEN TAMPERING WITH YOUR DOOR LOCK BUT ITS NOT MY JOB TO FIX IT GO TO THE OFFICE IN THE MORNING AND TELL THEM AND THEY WILL HAVE SOMEBODY COME OUT AND FIX YOUR DOOR) THEN MAINTENANCE WENT STRAIGHT BACK TO HIS ROOM AND CLOSED THE DOOR, AFTER MAINTENANCE WENT BACK INTO HIS ROOM PLAINTIFF TOOK HIS PLASTIC KEY CARD OUT OF HIS POCKET AND PUT IT IN THE OUTSIDE DOOR KEY SLOT THEN THE LIGHT TURNED RED LETTING PLAINTIFF KNOW THAT HIS DOOR WAS NOT WORKING SO PLAINTIFF CLOSED THE DOOR AND LAID DOWN AND NOT TO LONG AFTERWARDS PLAINTIFF HEARD BANGING ON HIS DOOR ~~████████████~~ PLAINTIFF THOUGHT THAT MAINTENANCE HAD COME BACK TO FIX HIS DOOR GOT UP AND OPENED THE DOOR AND WAS HIT IN THE FACE EVERYTHING WENT BLACK PLAINTIFF WAS KNOCKED BACK INTO THE ROOM AND WAS BEING DRAGED AND BRUTELLY BEATEN BY SOME GUY WITH A BIG ROCK EVERYTIME THAT PLAINTIFF WOULD GAIN CONSCIOUSNESS FROM BEING KNOCKED OUT WHEN PLAINTIFF TRIED TO MOVE PLAINTIFF FELT HIMSELF BEING BEATEN AGAIN LOSING CONSCIOUSNESS AGAIN AT ONE POINT PLAINTIFF TRIED TO SCREEM BUT WAS HIT AGAIN THE PAIN WAS UNBEARABLE PLAINTIFF TRIED TO BEG FOR HELP SAYING PLEASE DONT KILL ME BUT WAS KNOCKED OUT AGAIN PLAINTIFF WOKE UP TRYING TO OPEN HIS EYE'S BUT ALL PLAINTIFF COULD SEE WAS ALL WHITE THEN PLAINTIFF WOKE UP AGAIN BECAUSE IT FELT LIKE SOMEBODY WAS PORING WARM WATER DOWN PLAINTIFF HEAD AND FACE FINALLY PLAINTIFF DID NOT HEAR NO MORE MOVEMENT IN PLAINTIFF ROOM THEN PLAINTIFF GOT UP STILL SCARED TO DEATH AND TURNED ON HIS ROOM

PAGE 4.- C | CONTINUE ON PAGE 5. C

LIGHT BECAUSE HIS ATTACKER HAD TURN THEM OFF PLAINTIFF WALKED TO THE MIRROR AND LOOKED PLAINTIFF WAS IN SHOCK AND DEVASATED AT WHAT HE SAW WHAT PLAINTIFF THOUGHT WAS WARM WATER BEING PORED ON PLAINTIFF FACE AND HEAD WAS PLAINTIFF OWN BLOOD PORING OUT OF HOLES AND SPLITS IN PLAINTIFF FACE AND HEAD PLAINTIFF FACE AND HEAD WAS BUSTED OPENED IN DIFFERENT PLACES CAUSING PLAINTIFF TO BE IN SERIOUS PAIN PLAINTIFF THEN SLOWLY SOME KIND OF WAY WALKED TO HIS DOOR OPENED IT WHILE PLAINTIFF WAS SOAKED IN BLOOD AND LOOKED AND SAW SOME TENANTS LOOKING OUT THEIR WINDOW AT PLAINTIFF, PLAINTIFF WENT A FEW DOORS DOWN TO A LADY TENANT NAME GWEN AND MARIAH CARNEY ROOM PLAINTIFF THEN KNOCKED ON THEIR DOOR AND GWEN OPEN THE DOOR AND SCREEMED OUT LOUD WHEN SHE SAW PLAINTIFF, MARIAH CARNEY AND HER KIDS WHO WERE REALLY YOUNG WHO WERE ALL LIVING IN THE ROOM WITH GWEN ALL GOT UP AND ASKED PLAINTIFF WHAT HAPPENED TO HIM AND PLAINTIFF TOLD THEM SOME GUY BEAT ME WITH A ROCK, THEY SAID WHO DID THIS TO YOU AND PLAINTIFF SAID I DONT KNOW WHO DID THIS TO ME THEN PLAINTIFF WHO WAS IN SERIOUS PAIN MADE IT TO THE MANAGER OFFICE PLAINTIFF STARTED KNOCKING, BANGING ON THE MANAGER DOOR WHILE THE MANAGER WAS INSIDE, PLAINTIFF WAS CRYING OUT SAYING "HELP ME PLEASE I NEED HELP I'm HURT im IN PAIN" "HELP ME PLEASE I NEED HELP I'm HURT im IN PAIN" "HELP ME PLEASE I NEED HELP I'm HURT im IN PAIN I DONT WANT TO DIE OUT HERE Im SCARED SOMEBODY BUST MY FACE AND HEAD OPENED AND iT HURTS BUT THE MANAGER WOULD NOT HELP PLAINTIFF LEAVING PLAINTIFF SCARED AND FRIGHTEN AND MENTALLY DEVASATED FINALLY PLAINTIFF STARTED GOING BACK TOWARD HIS ROOM AND MARIAH CARNEY WALKED UP AND TOLD PLAINTIFF "THE PARAMEDIC'S ARE COMING

PAGE 5, C    CONTINUE ON PAGE 6, C

GWEN CALLED 911, MARIAH TOLD PLAINTIFF GWEN JUST HAD A SECIZURE AFTER SEEING YOU LIKE THAT SHE THINKS YOU GOT SHOT IN THE HEAD PLAINTIFF TOLD MARIAH THE MANAGER' IS IN THERE AND WOULD NOT EVEN HELP ME THE POLICE CAME AND KNOCKED ON THE MANAGER DOOR THE MANAGER OPENED THE DOOR THE PARAMEDIC'S CAME AND PUT PLAINTIFF ON A STRECHER AND HOOKED PLAINTIFF UP TO AN I.V THE POLICE ASKED PLAINTIFF DID HE WANT TO FILE A POLICE REPORT, PLAINTIFF TOLD THE POLICE "I NEED TO GO TO THE HOSPITAL" THE POLICE KEPT ON ASKING PLAINTIFF DID HE WANT TO FILE A POLICE REPORT, PLAINTIFF FINALLY SAID NO BECAUSE HE DID NOT KNOW IF THE PERSON WAS STILL AROUND WHO HAD ASSAULTED HIM AND BECAUSE PLAINTIFF WHO WAS BLEEDING ALOT REALLY NEEDED TO GET TO THE HOSPITAL) MARIAH CARNEY WHO WAS A TENANT GOT INSIDE THE PARAMEDIC AND WENT TO THE HOSPITAL TO HELP ASSIST PLAINTIFF, THE PARAMEDIC'S TOOK PLAINTIFF TO SUNRISE HOSPITAL WHERE PLAINTIFF WAS GIVEN MORPHINE FOR THE PAIN AND HAD HIS HEAD X-RAY , AND PLAINTIFF RECEIVED SEVERAL STICHES IN PLAINTIFF FACE AND STAPLES IN PLAINTIFF HEAD AND THE LEFT SIDE WHERE SOME OF PLAINTIFF STAPLES ARE AT IS A DENT WITH STAPLES RUNNING THROUGH IT) PLAINTIFF ALSO HAS SCRAPES AND OTHER MARKS FROM BEING BRUTELLY BEATEN) FINALLY PLAINTIFF WAS RELEASED OUT OF THE HOSPITAL PLAINTIFF NOTICE THAT HIS ROOM AT THE MOTEL HAD YELLOW CRIME SCENE TAPE TAPED ALL AROUND HIS ROOM DOOR LIKE SOMEBODY HAD GOTTED MURDERED TENANTS WHO LIVED AT THE MOTEL CAME UP TO PLAINTIFF SAYING AND POINTING THATS THE ROCK RIGHT THERE INSIDE THE CRIME SCENE TAPE THAT HE WAS BEATING YOU WITH SAYING LOOK AT ALL YOUR BLOOD THAT ON IT) THEN THE OWNER JASON WALKED UP TO PLAINTIFF TELLING PLAINTIFF "YOU GONNA

PAGE 6.C CONTINUE ON PAGE 7.C

HAVE TO GET THE HELL OFF MY PROPERTY "PLAINTIFF SAID WHY
AFTER EVERYTHING THAT HAPPENED TO ME IN YALL ROOM
JASON TOLD PLAINTIFF DID YOU KNOW THE PERSON WHO
DID THAT TO YOU AND PLAINTIFF SAID NO "JASON THE
OWNER TOLD PLAINTIFF YOU CAN STAY THEN JUST MAKE
SURE YOU PAY YOUR RENT JASON THEN TOOK A KEY
CAP OFF PLAINTIFF DOOR AND PUT A REAL KEY IN AND
OPENED PLAINTIFF DOOR THEN JASON TOLD JAMES GRAY
AND MARIAH CARNEY TO GO INSIDE PLAINTIFF ROOM
AND CLEAN UP ALL THE BLOOD JASON THE OWNER THEN
WENT TO HIS TRUCK TO GET SOME TOOLS TO FIX
PLAINTIFF DOOR LOCK WHILE JASON WAS AT HIS TRUCK
MARIAH CARNEY AND JAMES GRAY TOOK OUT THEIR
CELL-PHONES AND TOOK PICTURES OF PLAINTIFF HEAD
AND FACE AND HAD PLAINTIFF STAND EVERYWHERE THAT
PLAINTIFF BLOOD WAS AT) WHICH WAS THE WALLS,
TABLE, BED, AND FLOOR, THEY ALSO VIDEO THE INSIDE
OF PLAINTIFF ROOM) WHEN JASON CAME BACK JASON
TOLD PLAINTIFF I DON'T KNOW WHY MAINTENANCE
DID NOT CALL ME OR JUST FIX YOUR DOOR LOCK
OR JUST GO TO THE OFFICE AND TELL THE MANAGER
TO MOVE YOU TO A DIFFERENT ROOM, JASON TOLD
PLAINTIFF ANTHONY JUST LET THE GUY WALK RIGHT PASSED
THE OFFICE WITHOUT EVEN STOPPING HIM OR SAYING
NOTHING TO HIM, JASON TOLD PLAINTIFF ANTHONY
FUCKED UP AGAIN LETTING THAT GUY ON PROPERTY KNOWING
THAT HE WAS NOT A REGISTERED TENANT I'M GOING TO

PAGE 7.C   CONTINUE ON PAGE 8.C

HAVE TO GET ME A NEW MANAGER )

THEN PLAINTIFF TALKED TO MARK THE MAINTENANCE
MAN WHO TOLD PLAINTIFF "MY BAD DAM, I KNOW I
REALLY FUCKED UP, I KNEW I SHOULD OF JUST FIXED
YOUR DOOR LOCK BUT I WAS JUST TAKING CARE OF
SOME BUSINESS IN MY ROOM JASON THE OWNER IS
REALLY PISSED OFF AT ME FOR ME NOT FIXING YOUR
DOOR LOCK ~~BELFORE~~ TELLING ME YOU FUCKED UP" YOU
FUCKED UP THAT I KNEW THAT I WAS SAPOSE TO FIX
YOUR DOORLOCK SAYING THAT I KNEW THAT YOUR DOOR
WAS NOT SECURED JASON IS SAYING THAT HE HOPES
THAT YOU DONT SUE THE MOTEL

THEN PLAINTIFF TALKED TO ANTHONY THE MANAGER
WHO TOLD PLAINTIFF MARKS THE MAINTENANCE MAN
IT WAS HIS JOB TO FIX YOUR DOOR ~~BOOR~~ BECAUSE THATS
WHAT HE GET PAID TO DO AND HE DID NOT COME AND
TELL ME NOTHING, THE OWNER IS REALLY MAD) I TOLD
YOU TO GO GET MAINTENANCE SO ITS ON HIM

    AN INCIDENT REPORT WAS MADE ON 3-9-2020
 AND IN JUNE ^2020 PLAINTIFF WAS ABLE TO MAKE HIS
 POLICE REPORT) THE POLICE REPORT SAY'S THAT PLAINTIFF
 WAS THE VICTIM OF A SURPRISE ATTACK BY AN
 UNKNOW ASSAILENT
            CONTIUNE

I DECLARE UNDER PENALTY OF PERJURY
UNDER THE LAWS OF THE UNITED STATES OF AMERICA
THAT THE FOREGOING IS TRUE AND CORRECT TO THE
BEST OF MY KNOWLEDGE

ANTOINE A. GORUM
(NAME OF PERSON WHO PREPARED OR HELPED
PREPARED THIS COMPLAINT IF NOT PLAINTIFF)

Antoine A. Gorum
(SIGNATURE OF PLAINTIFF)

WENSDAY
3-2-2022
(DATE)

PAGE 9.6

## DEMAND FOR RELIEF

2.5 MILLION FOR PAIN AND SUFFERINGS, AND MEDICAL BILLS, AND (1) STOLEN VERISION CONTRACT PHONE, AND $600.00 CASH AND ABOUT 13 DOLLAR'S IN CHANGE THAT WAS ALSO STOLEN

FOR INSURRANCE COMPANY

OR ASSESS AND MAKE REASONBLE OFFER

OR THE DESERT MOON MOTEL OR INSURRANCE COMPANY CAN PAY FOR PLAINTIFF PAIN AND SUFFERINGS AND MONEY FOR PLAINTIFF MEDICAL BILLS (1) STOLEN CONTRACT VERISON CELL PHONE, $600.00 CASH (STOLEN) $13 DOLLAR'S IN CHANGE STOLEN

PLAINTIFF SUFFERED BEING BRUTELLY BEATEN WITH SERIOUS INJURIES TO PLAINTIFF HEAD AND FACE, SEVERAL STICHES, AND STAPLES TO PLAINTIFF FACE AND HEAD

PLAINTIFF HAS SUFFERED FROM P.T.S.D SYSTEMS NIGHT TERROR'S, FLASHBACKS, PLAINTIFF WAS TAKING ZOLOFT PSYCH-MEDS (NIGHT TIME MEDS) AND PANICK ATTACKS, ANXIETY, AND FRIGHTS PLAINTIFF WAS TAKEN PRAZION PSYCH-MED FOR THESE (DAYTIME MEDS)

AND FOR BEING IN VIOLATION OF PLAINTIFF 8th AMENDMENT RIGHTS CRUEL AN UNUSUAL PUNISHMENT, AND DELIBRATED INDIFFERENCE AND THIS IS A CIVIL TORT CLAIM

## PERSONAL INJURY CLAIM

CONTINUE FROM

PAGE 9-C        PAGE 9-D

IN VIOLATION OF ██████ AND INTENTIONAL ████████

THIS IS ALSO A CIVIL TORT CLAIM

THE DESERT MOON HOSPITALITY MOTEL LLC. HAS HIRED ANTHONY THE MANAGER AT THE DESERT MOON MOTEL ANTHONY THE MANAGER WAS CALLED AND TOLD BY PLAINTIFF THAT HIS DOORLOCK WAS REALLY LOOSE LIKE IT WAS BROKE, ANTHONY THE MANAGER DID NOTHING TO PERSONALLY ENSURE PLAINTIFF THAT HIS DOORLOCK WOULD BE FIX AND BECAUSE OF THIS PLAINTIFF BECAME THE VICTIM OF A SURPRISE ATTACK WHERE PLAINTIFF WAS BRUTELLY BEATEN WITH A ROCK MULTIPLE TIME AND SUFFERED SERIOUS INJURIES TO PLAINTIFF FACE AND HEAD) PLAINTIFF WAS TAKEN TO SUNRISE HOSPITAL AND RECEIVED MORPHINE FOR PLAINTIFF SERIOUS PAIN, AND X-RAYS AND SEVERAL STICHES IN PLAINTIFF FACE AND STAPLES IN PLAINTIFF HEAD

PLAINTIFF BEFORE GOING TO THE HOSPITAL AFTER JUST SUFFERING GETTING HIS HEAD AND FACE BUSTED OPENED KEPT ON KNOCKING AND BANGING ON THE MANAGER OFFICE DOOR WHILE THE MANAGER WAS INSIDE TRYING TO PLEAD WITH THE MANAGER CRYING OUT BEGGING FOR HELP SAYING HELP ME PLEASE I NEED HELP I'M HURT I'M IN PAIN) PLAINTIFF ALSO SAID THAT HE DID NOT WANT TO DIE OUT HERE AND THAT PLAINTIFF FACE AND HEAD WAS BUSTED OPENED) BUT THE MANAGER WOULD NOT ASSIST PLAINTIFF AT ALL) THE MANAGER ONLY OPENED THE DOOR WHEN A LADY TENANT NAME GWEN CALLED 911 AND THE POLICE CAME AND KNOCKED ON THE MANAGER OFFICE DOOR THEN HE OPENED IT

THE MANAGER IS IN VIOLATION OF BEING ██████ AND IN MALICIOUS ████ ████

THE DESERT MOON HOSPITALITY MOTEL LLC. IS IN VIOLATION OF BEING ████████ DELIBRATE INDIFFERENCE AND MALICIOUS, INTENTIONAL, WILLFULL, RECKLESS ██████ CRUEL AN UNUSUAL PUNISHMENT AND IS LIABLE FOR ALL PLAINTIFF DAMAGES) THIS IS A CIVIL TORT CLAIM

DELIBRATED INDIFFERENCE AND CRUEL

INVIOCATION OF ~~███~~ TWO INTENTIONAL WILLFULL RECKLESS

CRUEL AND CENSUSUAL ~~███~~ ~~███~~ AND IS LIABLE FOR DAMAGES

PUNISHMENT THIS IS A CIVIL TORT CLAIM, ~~███~~

---

THE DESERT MOON HOSPITALITY MOTEL LLC HAS HIRED MARK THE

MAINTENANCE MAN WHO WAS ~~█████~~ CRUEL AND INTENTIONALLY

WILLFUL ~~█████~~ AND IN DELIBRATE INDIFFERENCE TO PLAINTIFF

HEALTH AND SAFTY, MARK THE MAINTENANCE MAN KNEW OR SHOULD OF

KNOWN THAT THERE WAS A RISK AND POSSIBLE DANGER TO PLAINTIFF

HEALTH AND SAFTY BY REFUSING AND TOTALLY DISREGARDING TO

FIX PLAINTIFF DOOR) MARK THE MAINTENANCE MAN AFTER BEING

TOLD BY PLAINTIFF THAT HIS DOORLOCK WAS REALLY LOOSE LIKE ITS BROKE

EXZAMINED PLAINTIFF DOORLOCK AND TOLD PLAINTIFF "SOMEBODY HAS BEEN TAMPERING

WITH YOUR DOORLOCK BUT ITS NOT MY JOB TO FIX IT GO TO THE OFFICE IN THE

MORNING AND TELL THEM AND THEY WILL HAVE SOMEBODY COME OUT TO FIX IT"

AND THEN WENT BACK INSIDE HIS ROOM) RIGHT AFTER THIS PLAINTIFF

WAS BRUTELLY ATTACKED BY AN UNKNOWN ASSAILENT WHO BRUTELLY

BEAT PLAINTIFF WITH A ROCK MULTIPLE TIMES CAUSING PLAINTIFF TO

SUFFER REALLY SERIOUS INJURIES TO PLAINTIFF HEAD AND FACE, PLAINTIFF

WAS PUT IN A PARAMEDIC AND TAKEN TO ~~THE~~ SUNRISE HOSPITAL

WHERE PLAINTIFF RECEIVED MORPHINE FOR THE PAIN AND SEVERAL STICHES

IN PLAINTIFF FACE AND STAPLES IN PLAINTIFF HEAD,

PLAINTIFF ALSO SUFFER'S FROM FLASHBACKS AND NIGHT TERROR'S

AND P.T.S.D SYSTEM PANICK ATTACKS ANXETY AND FRIGHTS

PLAINTIFF FIRST START SEEING THE PSYCHIATRIST AT THE CLARK

COUNTY DETENTION CENTER FROM AUGUST 2020 TO MARCH 27, 2021

~~BUT~~ PLAINTIFF WAS TAKING ZOLOFT AND PRAZOIN PSYCH-MEDICATIONS

BUT STARTED HAVING SIDE EFFECTS AND GOT OFF) BUT PLAINTIFF HAS HAD MULTIPLE

FLASHBACKS, NIGHT TERROR'S AND PANICK ATTACKS AND FRIGHTS TO THIS DAY

MARK THE MAINTENANCE LATER TOLD PLAINTIFF MY BAD DAM I KNEW THAT I SHOULD OF FIX

YOUR DOORLOCK BUT I WAS JUST TAKING CARE OF SOME BUSINESS IN MY ROOM)

THE DESERT MOON HOSPITALITY MOTEL LLC AND MAINTEANCE MAN MARK IS INVIOLATION OF ~~████~~ AND INTENTIONAL
DELIBRATE INDIFFERENCE ~~██~~ ~~█████~~ CIVIL TORT CLAIM

INFLICTION ON THE 8TH AMENDMENT CRUEL AND UNUSUAL PUNISHMENT DELIBRATED INDIFFERENCE AND A CIVIL TORT CLAIM

THE DESERT MOON MOTEL HAS HIRED INTENTIONAL AND WILLFUL, CRUEL AND RECKLESS em UNCARING EMPLOYEE'S WHO ARE IN DELIBRATE INDIFFERENCE TO PLAINTIFF HEALTH AND SAFTY, EMPLOYEE'S WHO HAVE A TOTAL DISREGARD FOR TENANTS SAFTY, PLAINTIFF HAS BEEN BRUTELLY BEATEN AND SERIOUSLY INJURED BY BECOMING THE VICTIM OF A SURPRISE ATTACK BY AN UNKNOWN ASSAILENT ALL BECAUSE THE MANAGER ANTHONY AND MARK THE MAINTENCE MAN INTENTIONALLY AND WILLFULLY CHOSE TO IGNOR A KNOWN RISK TO PLAINTIFF HEALTH AND SAFTY, PLAINTIFF CALLED ANTHONY THE MANAGER AND TOLD HIM THAT HIS DOORLOCK WAS REALLY LOOSE LIKE IT WAS BROKE, ANTHONY THE MANAGER TOLD PLAINTIFF TO GO TO THE MAINTENCE MAN ROOM IN ROOM #6 AND TELL HIM THE MANAGER KNEW THAT PLAINTIFF WAS ON CRUTCHES, PLAINTIFF HAD 2, OTHER TENTANTS GO AND GET MAINTENCE FOR HIM PLAINTIFF TOLD MAINTENCE THAT HIS DOOR, LOCK WAS REALLY LOOSE LIKE IT WAS BROKE, MAINTENANCE EXAMINED PLAINTIFF DOORLOCK AND TOLD PLAINTIFF THAT PLAINTIFF DOORLOCK HAD BEEN TAMPERED WITH AND THAT IT WAS NOT HIS JOB TO FIX IT THEN MAINTENCE WENT BACK TO HIS ROOM, AND NOT TO LONG, AFTERWARDS AN UNKNOWN ASSAILENT WHO WAS NOT ON PLAINTIFF VISTOR'S LIST WALKED PASSED THE OFFICE AND CAME TO PLAINTIFF ROOM WITHOUT BEING STOPPED AND BRUTELLY BEAT PLAINTIFF CAUSING PLAINTIFF TO SUFFER SERIOUS INJURIES, AFTER BEING UNCONSCIOUS (KNOCKED OUT 3,4,5, TIMES PLAINTIFF WHEN HE FINALLY COULD MADE IT TO THE OFFICE AND KEPT KNOCKING ON THE OFFICE DOOR WHILE THE MANAGER WAS INSIDE PLEADING AND BEGGING FOR HELP WHILE BLEEDING ALL OVER BUT THE MANAGER WOULD NOT HELP PLAINTIFF AT ALL, AND LATER MAINTENANCE TOLD PLAINTIFF MY BAD DAM I KNOW I REALLY FUCKED UP I KNEW I SHOULD OF FIX YOUR DOOR LOCK BUT I WAS JUST TAKING CARE OF SOME BUSINESS IN MY ROOM, THE DESERT MOON MOTEL HAD KNOWLEDGE OF PLAINTIFF DANGEROUS SITUATION AND DISREGARDED IT, THE DESERT MOON MOTEL IS IN VIOLATION OF DELIBRATED INDIFFERENCE TO PLAINTIFF HEALTH AND SAFTY AND BECAUSE OF THE WRONGS THAT

Plaintiff Have suffered Because of the Desert moon motel THAT RESULTED in Plaintiff suffering serious injuries THE DESERT moon motel is inviolation of A civil TORT claim, AND CRUEL AN unusual punishment AND 8th Amendment violation

WHEN Plaintiff WAS AT THE OFFICE WITH HiS FACE AND HEAD BUSTED opened Bleeding all over ~~Boss~~ KNOCKING ON THE DOOR AND Begging ~~them~~ THE MANAGER FOR Help WHILE HE WAS INSIDE BUT THE MANAGER WOULD NOT Help Plaintiff WAS CRUEL AN unusual punishment

THiS iS delibrate indifference, cruel an usual Punishment AND A civil TORT claim

Claims For Relief

ISSUE A CLAIMS FOR RELIEF AGAINST THE DESERT MOON HOSPITALITY MOTEL LLC.

THE DESERT MOON HOSPITALITY MOTEL IS BEING SUED IN ITS OFFICIAL CAPACITY. THE DESERT MOON HOSPITALITY MOTEL LLC IS A LEGAL CORPORATION AND BUSINESS THAT OWN THE DESERT MOON MOTEL, THE DESERT MOON MOTEL IS LOCATED AT 1701 FREMONT STREET LAS VEGAS, NEVADA 89101

### BREACH OF RULES AND CONTRACT

THE DESERT MOON HOSPITALITY MOTEL LLC IS RESPONSIBLE FOR ALL ITS POLICY'S AND RULES AND PROCEDURES AT THE DESERT MOON MOTEL ENCLUDING BEING RESPONSIBLE FOR ALL ITS EMPLOYEE'S ACTIONS, THE DESERT MOON MOTEL HAS HIRED MARK THE MAINTENANCE MAN WHO WAS MADE AWARE BY PLAINTIFF THAT PLAINTIFF DOOR LOCK WAS LOOSE LIKE IT WAS BROKE, PLAINTIFF WHO CALLED THE MANAGER OFFICE TALKED TO ANTHONY THE MANAGER WHO TOLD PLAINTIFF THAT MAINTENANCE WAS IN ROOM #6 AND TO HAVE HIM LOOK AT YOUR DOOR) MARK THE MAINTENANCE MAN CAME TO PLAINTIFF ROOM AND EXZAMINED PLAINTIFF DOOR LOCK, AND AFTER EXZAMINING PLAINTIFF DOOR LOCK MAINTENANCE TOLD PLAINTIFF THAT SOMEBODY HAD BEEN TAMPERING WITH YOUR DOOR LOCK BUT ITS NOT MY JOB TO FIX IT GO TO THE OFFICE IN THE MORNING AND LET THEM KNOW AND THEY WILL HAVE SOMEBODY COME OUT AND FIX YOUR DOOR) AFTER MAINTENANCE WENT BACK TO HIS ROOM) PLAINTIFF BECAME THE VICTIM OF A SURPRISE ATTACK) PLAINTIFF HEARD BANGING ON HIS DOOR GOT UP THINKING THAT IT WAS MAINTENANCE COMING BACK TO FIX HIS DOOR LOCK OPENED THE DOOR AND WAS ASSAULTED AND BRUTELLY BEATEN BY AN UNKNOWN ASSAILENT WHO BUST PLAINTIFF FACE AND HEAD OPENED CAUSING BLOOD TO BE EVERYWHERE WHO CAUSED PLAINTIFF TO SUFFER SERIOUS INJURIES PLAINTIFF HAD TO RECEIVED SEVERAL STICHES IN 2 PARTS OF HIS FACE AND STAPLES IN 2 PARTS OF PLAINTIFF HEAD

B. 14.
PAGE 13.

PLAINTIFF ALSO HAS A DENT RIGHT WHERE HIS STAPLES ARE ON THE
LEFT SIDE OF HIS HEAD. PLAINTIFF HAS SMALLER SCAR'S FROM BEING
BEATEN AND THE SKIN ON TOP OF PLAINTIFF HEAD IS DAMAGE
FROM BEING BEATEN WITH A ROCK MULTIPLE TIMES
PLAINTIFF ALSO HAS BEEN TREATED FOR MONTHS FOR
FLASHBACKS AND NIGHT TERROR'S AND P.T.S.O SYSTEMS
PLAINTIFF HAS TAKEN ZOLOFT AND PRAZOIN)
~~███████~~ FROM AUGUST 2020 TO
MARCH 27, 2021 AT THE CLARK COUNTY DETENTION CENTER
PLAINTIFF HAS HAD OVER 280 FLASHBACKS AND NIGHT TERROR
RELIVING OVER AND OVER WHAT HAS HAPPEN TO PLAINTIFF ON
3-9-2020 PLAINTIFF ALSO HAS PANICK ATTACKS, AND ANXIETY
AND FRIGHTS, TO THIS DAY) FROM 3-9-2020 TO OCT-2021 OVER 280 FLASHBACK
MAINTENANCE REFUSAL TO FIX PLAINTIFF DOOR LOCK BECAUSE HE HAD
BUSINESS TO TAKE CARE OF IN HIS ROOM WAS INTENTIONAL AND WILLFULL
AND RECKLESS AND UNCARING, AND A TOTAL DISREGARD TO PLAINTIFF
HEALTH AND SAFTY  WHICH THE DESERTMOON HOSPITALITY MOTEL LLC IS
LIABLE FOR      OTHER DAMAGES
PLAINTIFF ALSO HAS MEDICAL BILLS ALMOST 100,000 FROM
SUNRISE HOSPITAL AND THE PARAMEDIC'S, AND THE LOSS
OF $600.00 AND CHANGE AND A VERISION CELL PHONE
CONTRAT THAT WAS STOLEN OUT HIS ROOM. THIS IS
CRUEL AN UNUSUAL PUNISHMENT/ CIVIL TORT CLAIM'S INTENTIONAL DELIBRATE INDIFFERENCE
PLAINTIFF HAS SUFFER ~~DELIBRATED INDIFFERENCE~~ AND INTENTIONAL ~~CRUEL AN UNUSUAL PUNISHMENT~~ BY
MAINTENANCE WHO IS EMPLOYED BY THE DESERTMOON HOSPITALITY MOTEL
LLC. THE DESERTMOON HOSPITALITY MOTEL IS BEING SUED FOR 2.5 MILLION IN
DAMAGES, OR THE INSURANCE COMPONY CAN PAY PLAINTIFF 335,000) MEDICAL BILL'S, PAIN AND
SUFFERING, PERMANET SCAR'S, AND STOLEN PROPERTY, WHICH THEY ARE LIABLE FOR

Claims for Relief

ISSUE A CLAIMS FOR RELIEF AGAINST THE DESERT MOON HOSPITALITY MOTEL LLC AND DESERT MOON MOTEL

THE DESERT MOON MOTEL HOSPITALITY MOTEL IS BEING SUED IN ITS OFFICIAL CAPACITY.

THE DESERT MOON HOSPITALITY MOTEL LLC IS A LEGAL CORPORATION AND BUSINESS THAT OWN THE DESERT MOON MOTEL, THE DESERT MOON MOTEL IS LOCATED AT 1701 FREMONT STREET LAS VEGAS, NEVADA 89101          BREACH OF CONTRACT

THE DESERT MOON HOSPITALITY MOTEL LLC IS RESPONSIBLE FOR ALL ITS POLICY'S AND RULES AND PROCEDURES AT THE DESERT MOON MOTEL ENCLUDING BEING RESPONSIBLE FOR ALL IT EMPLOYEE'S ACTIONS, THE DESERT MOON HAS HIRED ANTHONY A BLACK MAN THE MANAGER WHO WAS MADE AWARE BY PLAINTIFF THAT PLAINTIFF DOORLOCK WAS MOVING SIDE TO SIDE REALLY LOOSE LIKE IT WAS BROKE, ANTHONY THE MANAGER ALLOWED AN UNKNOWN ASSAILENT TO WALK BY THE OFFICE AND COME TO PLAINTIFF ROOM WITHOUT STOPPING HIM, A PERSON THAT WAS NOT ON PLAINTIFF VISITOR'S LIST A PERSON WHO BRUTEILY BEAT PLAINTIFF CAUSING PLAINTIFF TO SUFFER SERIOUS INJURIES TO PLAINTIFF FACE AND HEAD PLAINTIFF WAS TAKEN TO THE HOSPITAL BY PARAMEDIC'S AND RECEIVED MORPHINE FOR THE PAIN EX-RAYS AND STICHES AND STAPLES TO PLAINTIFF FACE AND HEAD, PLAINTIFF WHO WAS ALSO KNOCKING "BANGING ON THE MANAGERS DOOR WHILE PLAINTIFF FACE AND HEAD WAS BUSTED BEFORE PLAINTIFF HAD WENT TO THE open HOSPITAL KEPT CRYING OUT BEGGING FOR HELP BUT THE MANAGER WOULD NOT ASSIST PLAINTIFF OR HELP PLAINTIFF AT ALL) THE MANAGER ONLY OPENED THE OFFICE DOOR WAS WHEN THE POLICE CAME AFTER A TENANT NAME GWEN CALLED 911 BECAUSE SHE THOUGHT

THAT PLAINTIFF HAD GOT SHOT IN THE HEAD) THE ACTION'S OF THE MANAGER WAS CRUEL AND INTENTIONAL AND WILLFUL/ AND RECKLESS AND malicious) THE MANAGER TOTALLY DISREGARDED PLAINTIFF HEALTH AND SAFTY) AFTER EVERYTHING THAT HAS HAPPENED TO PLAINTIFF, PLAINTIFF HAS SUFFERED MENTAL ANGUISH AND EMOTIONAL DISTRESS, PLAINTIFF HAS MEDICAL BILL'S FROM SUNRISE HOSPITAL AND THE PARAMEDIC'S ON 3-9-2020 PLAINTIFF WAS ROB OF 600. AND SOME CHANGE, 1 CONTRACT VERISION CELL-PHONE, PLAINTIFF HAS PERMANENT SCAR'S FROM RECEIVING SEVERAL STICHES IN PLAINTIFF FACE AND SCAR'S FROM STAPLES IN PLAINTIFF HEAD AND PLAINTIFF WAS SEEING DIFFERENT PSYCHIATRIST AT THE CLARK COUNTY DETENTION CENTER FOR FLASH BACKS AND NIGHT TERROR'S HE WAS GIVEN ZOLOFT AT NIGHT AND PLAINTIFF ALSO RECEIVED PRAZOIN FOR PLAINTIFF P.T.S.D SYSTEM ANXIETY, AND PANICK ATTACKS AND FRIGHTS IN THE MORNING) PLAINTIFF HAS HAD OVER 280 FLASH BACKS AND NIGHT TERROR'S CONSTANTLY RELIVING WHAT HAS HAPPEN TO HIM ON 3-9-2020

PLAINTIFF HAS SUFFERED DELIBRATE INDIFFERENCE by THE MANAGER WHO IS EMPLOYED BY THE DESERT MOON HOSPITALITY MOTEL LLC, THE DESERT MOON HOSPITALITY MOTEL LLC IS BEING SUED FOR 2.5 MILLION IN COMPENSATORY DAMAGES FOR ALL PLAINTIFF PAIN AND SUFFERINGS OR THE INSURANCE COMPANY FOR THE DESERT MOON CAN PAY 335,000 FOR MEDICAL BILLS PERMANENT SCAR'S, STOLEN PROPERTY AND PAIN AND SUFFERINGS WHICH THEY ARE LIABLE FOR    THIS IS ALSO A CIVIL TORT CLAIM, DELIBRATE INDIFFERENCE, AND CRUEL AN UNUSUEAL PUNISHMENT AND 8TH AMENDMENT VIOLATION, FOR ALL THE WRONGS PLAINTIFF HAS SUFFERED

ISSUE "A" CLAIMS FOR RELIEF AGAINST THE DESERT MOON MOTEL

THE DESERT MOON MOTEL IS BEING SUED IN ITS OFFICIAL CAPACITY, THE DESERT MOON MOTEL IS A LEGAL BUSINESS THAT HAS EMPLOYEED UNCARING, ~~DELIBRATED INDIFFERENCE~~ AND INTENTIONALLY ~~DELIBRATED INDIFFERENCE~~ EMPLOYEE'S WHO HAS HAD A TOTAL DISREGARD FOR PLAINTIFF HEALTH AND SAFTY

PLAINTIFF HAS BEEN BRUTELLY ATTACKED AND BEATEN BY AN UNKNOWN ASSAILENT WHO HAS CAUSED PLAINTIFF TO SUFFER REALLY BAD AND SERIOUS INJURIES ALL BECAUSE THE MANAGER AND MAINTENANCE FAILED TO DO THEIR JOB BY NOT PROTECTING PLAINTIFF) THE MAINTENANCE AND THE MANAGER KNEW THAT PLAINTIFF DOORLOCK WAS BROKE MAKING PLAINTIFF DOOR UNSECURED AND THEY BOTH CHOSE TO PUT OFF A KNOWN RISK TO PLAINTIFF HEATH AND SAFTY, MAINTENANCE HIMSELF TOLD PLAINTIFF THAT SOMEBODY HAS BEEN TAMPERING WITH YOUR DOORLOCK BUT ITS NOT MY JOB TO FIX IT GO TO THE OFFICE IN THE MORNING AND TELL THEM AND THEY WILL HAVE SOMEBODY COME OUT AND FIX IT) TOTALLY DISREGARDING A KNOWN RISK THAT CAUSED PLAINTIFF TO BE BRUTELLY BEATENED WITH SERIOUS INJURIES TO PLAINTIFF FACE AND HEAD) PLAINTIFF ALSO SUFFERED KNOCKING AND BANGING ON THE OFFICE DOOR WHILE THE MANAGER WAS INSIDE WITH PLAINTIFF FACE AND HEAD BUSTED OPENED WITH PLAINTIFF BLEEDING EVERYWHERE CRYING OUT TO THE MANAGER FOR HELP) BUT THE ONLY TIME THE MANAGER OPENED THE DOOR WAS WHEN THE POLICE AND PARAMEDIC'S CAME BECAUSE A LADY TENANT NAME GWEN CALL 911 BEFORE SHE WENT INTO A SECIZURE AFTER SEEING PLAINTIFF THE MAINENANCE AND MANAGER ACTION TOWARD PLAINTIFF WAS CRUEL AND MALICIOUS AND UNCARING AND WILLFULL AND INTENTIONAL AND

RECKIESS AND A TOTAL DISREGARD TO PLAINTIFF HEALTH AND SAFTY
THE DESERTMOON MOTEL HAS CAUSE PLAINTIFF TO SUFFER DAMAGES
TO PLAINTIFF MENTAL STATE WHICH PLAINTIFF HAS FLASHBACKS
AND NIGHT TERRORS, AND PANICK ATTACKS AND ANXIETY AND
FRIGHTS

PLAINTIFF HAS PERMANENT SCAR'S IN PLAINTIFF FACE
FROM RECEIVING SEVERAL STICHES IN PLAINTIFF FACE

PLAINTIFF HAS PERMANT SCAR'S IN PLAINTIFF HEAD
FROM PLAINTIFF RECEIVING STAPLES ON TOP OF PLAINTIFF
HEAD
PLAINTIFF ALSO HAS A DENT IN THE LEFT SIDE OF PLAINTIFF
HEAD FROM BEING BEATEN WITH A ROCK

PLAINTIFF 600.00 AND CHANGE WAS STOLEN AND PLAINTIFF
VERISION CONTRACT CELL PHONE WAS TAKENED

PLAINTIFF HAS MEDICAL BILL FROM SUNRISE HOSPITAL
AND THE PARMEDIC ) AND PLAINTIFF WAS ON PSYCH-MEDS
FOR NIGHT TERRORS/FLASHBACKS, ANXIETY; PANICK ATTACKS AT C.C.D.C
THE DESERT MOON MOTEL IS BEING SUED FOR 2.5 MILLION
IN COMPENSATORY DAMAGES FOR PLAINTIFF PAIN & SUFFERINGS
OR THE INSURRANCE COMPANY FOR THE DESERTMOON MOTEL
CAN MAKE PLAINTIFF AN OFFER WITHOUT INSULTING PLAINTIFF
INJURIES FOR THE DAMAGES WHICH THEY ARE LIABLE FOR INCUDING
PLAINTIFF'S PAIN AND SUFFERINGS ) FOR INTENTIONAL AND WILLFULL
THIS IS ALSO A CIVIL TORT CLAIM FOR THE WRONGS THAT WAS DONE
INDIFFERENCE

19,

COMPENSATORY DAMAGES

THE DESERT MOON MOTEL IS BEING SUED IN ITS OFFICIAL CAPACITY

FOR COMPENSATORY DAMAGES IN THE AMOUNT OF 2.5 MILLION

FOR BEING IN VIOLATION OF CRUEL AND INTENTIONAL AND WILLFULL

DELIBRATE INDIFFERENCE AND A CIVIL TORT CLAIM FOR THE WRONGS AND INJURIES

THAT PLAINTIFF HAS SUFFERED, AND CRUEL AN UNUSUAL PUNISHMENT

OR THE DESERT MOON MOTEL INSURRANCE COMPANY

CAN ASSESS ALL OF PLAINTIFF DAMAGES FOR WHICH THEY

ARE LIABLE FOR PAYING PLAINTIFF WITHOUT TRYING TO CAUSE

INSUITS TO PLAINTIFF INJURIES) MAKING PLAINTIFF

AND REASONABLE OFFER.

20.

PAGE 21

LLC,
THE DESERT MOON HOSPITALITY/ MOTEL IS BEING SUED IN ITS OFFICIAL CAPACITY/ FOR COMPENSATORY/ DAMAGES IN THE AMOUNT OF 2.5 MILLION FOR BEING IN VIOLATION OF ~~DELIBERATED INDIFFERENCE~~ AND ~~CRUEL AND UNUSUAL PUNISHMENT~~ AND A CIVIL TORT

OR THE DESERT MOON HOSPITALITY MOTEL LLC INSURRANCE COMPANY CAN ASSESS ALL OF PLAINTIFF DAMAGES FOR WHICH THEY ARE LIABLE FOR PAYING PLAINTIFF WITHOUT TRYING TO CAUSE INSULTS TO PLAINTIFF INJURIES / MAKING PLAINTIFF A REASONABLE OFFER

HIGH DESERT STATE PRISON
P.O. BOX 650
INDIAN SPRINGS, NEVADA
89070

DATED WEDNSDAY MARCH
3-2-2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

MAR - 4 2022

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

BY:

XRAYED BY US MARSHAL'S SERVICE

CLERK, U.S. DISTRI
333 LAS VEGA
ROOM 1334
LAS VEGAS, NEVA
8910